IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL SPRADLING, as Personal Representative
of the Estate of WILLIAM COLLIN SPRADLING,
deceased**                                                                                       **PLAINTIFF**

**V.**                                   **4:12CV00693 JMM**

**CLAY HASTINGS, MICHAEL FORD, FREDERICK
"STEVE" WOODALL and AARON SIMON,
Individually and in their Official Capacities**                                  **DEFENDANTS**

## ORDER

Pending is Separate Defendant Aaron Simon's motion to dismiss.  (Docket # 17). Plaintiff has notified the Court that he does not intend to contest the motion.  Accordingly, and for good cause shown, Defendant's motion is GRANTED.  The claims against Separate Defendant Aaron Simon in his individual and official capacity are hereby dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

IT IS SO ORDERED this 21st day of May, 2013.

_____
James M. Moody
United States District Judge